UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YVONNE MAJOR, LTD., ET AL.                    CIVIL ACTION

VERSUS                                        NUMBER: 06-8735

STATE FARM FIRE AND CASUALTY                  SECTION: "C"(5)
COMPANY, ET AL.

O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiffs to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiffs' claims against defendant, Maryland Casualty Company, are dismissed with prejudice pursuant to Rules 37(b)(2)(C) and (d) and 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 6th day of November, 2007.

UNITED STATES DISTRICT JUDGE